Order entered January 18, 2013



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD & ASSOCIATES P.C. AND LLOYD WARD, Appellees**

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-03357-C

# ORDER

On the Court's motion, we **ORDER** this case removed from the submission docket for

January 23, 2013. The case will be set for submission in due course.

JIM MOSELEY
PRESIDING JUSTICE